BALET v. KRACKE et al. (Supreme Court, Appellate Division, First Department. October 22, 1915.) In the matter of Joseph W. Balet against Frederick J. H. Kracke and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1110.

BALLANTINE, Respondent, v. BECKWITH, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by J. Herbert Ballantine against James T. Beckwith. D. Edwards, of New York City, for appellant. W. R. Hill, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BANK OF THE UNITED STATES, Respondent, v. GOLDSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by the Bank of the United States against Morris Goldstein and others. M. Rubinger, of New York City, for appellants. L. Sanders, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BANNAR, Respondent, v. FRAZER, Appellant. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Samuel G. Bannar against James S. Frazer. No opinion. Motion denied, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

BARKER, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Mollie Barker against Jerome M. Jackson. E. Van Dernoot, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARR, Respondent, v. T. A. GILLESPIE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Robert Barr against the T. A. Gillespie Company. No opinion. Judgment and order reversed, with costs, and complaint unanimously dismissed, with costs. There is no evidence which warrants a finding avoiding the release.

BARR, Respondent, v. TURNER CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Robert Barr against the Turner Construction Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 154 N. Y. Supp. 1110.

BARRETT v. KERATSAS et al. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Nicholas Barrett, executor, against Thomas Keratsas and others. No opinion. Application granted. Order signed.

BARTHOLOMAY BREWERY CO. v. O'BRIEN et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by the Bartholomay Brewery Company against Dennis O'Brien and another, in which Hugh J. O'Brien appeals.

PER CURIAM. Motion to be relieved from stipulation granted, upon condition that the respondent stipulate that the appellant may discontinue, without costs to either party, his action for malicious prosecution. Order denying motion to dismiss appeal and order of modification and affirmance vacated, and appeal and motion to dismiss appeal restored to the calendar. See, also, 153 N. Y. Supp. 1105.

BARTLETT, Respondent, v. TOWN OF RUSHFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Lottie E. Bartlett against the Town of Rushford. No opinion. Judgment and order affirmed, with costs.

BAUMAN et al., Appellants, v. MENDLE-LUNEPP CO., Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Hyman Bauman and another against Mendle-Lunepp Company. H. S. Mansfield, of New York City, for appellants. I. Steinhaus, of New York City, for respondent. No opinion. Determination affirmed, with costs, on opinion of Guy, J. (153 N. Y. Supp. 896). Order filed. See, also, 154 N. Y. Supp. 1110.

BAYER, Respondent, v. GEORGE A. JUST CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Mary Bayer, as administratrix, etc., against the George A. Just Company, impleaded with others. E. C. Sherwood, of New York City, for appellant. M. L. Malevinsky, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BAYER v. GEO. A. JUST CO. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Mary Bayer, as administratrix, against the Geo. A. Just Company. No opinion. Motion denied, with $10 costs. Order filed.

BEATTY v. GUGGENHEIM EXPLORATION CO. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Alfred C. Beatty against the Guggenheim Exploration Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 167 App. Div. 864, 153 N. Y. Supp. 757.

BEEMAN et al. v. AMERICAN EXPRESS CO. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by Lorenzo and Robert Beeman against the American Express Company.

PER CURIAM. Motion to open default granted upon payment of $10 by plaintiff to defendant within 10 days. Upon such payment the motion to dismiss appeal is granted, unless the plaintiff shall serve printed papers within 15 days and pay to the defendant's attorney $10, in which case motion is denied, without costs.